Opinion issued March 31, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00455-CV

———————————

IN RE Jeffrey Balawajder, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relator, Jeffrey Balawajder, seeks to have this
Court compel the trial court to rule on several motions.[1]  

We deny relator’s petition
for writ of mandamus, and we dismiss all outstanding motions as moot.

PER
CURIAM

 

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 











[1]
          The underlying case is Jeffrey Balawajder v. Texas Department of
Criminal Justice Institutional Division, No. 28,596 in the 12th District
Court of Grimes County, Texas, the Honorable Donald Kraemer presiding.